United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER A. FLOYD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> ) | Case No.: 3:03-cv-5418-RLB <br><br> ORDER FOR ATTORNEY'S FEES <br> PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a net attorney's fee of $5,963.30 pursuant to 42 U.S.C. § 406(b).  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney

[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [Case No.: 3:03-cv-5418-FDB] – Page 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1 | the balance of $5,963.30, minus any applicable processing fees as allowed by statute.

2

3 | DATED this 2nd day of June, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN_____
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO       Elie Halpern & Associates, PLLC
42 U.S.C. § 406(b) [Case No.: 3:03-cv-5418-FDB] – Page 2      1800 Cooper Pt. Road SW, Bldg. 19
                                                              Olympia, WA 98502
                                                              (360) 753-8055, Fax: (360) 753-8584
                                                              ehalpern@aol.com